Before WILLIAMS, DIANA GRIBBON MOTZ, and KING, Circuit Judges.

PER CURIAM.

Irma Jo Draughon appeals the district court's order dismissing her complaint against the Sampson County Department of Social Services as frivolous under 28 U.S.C. § 1915(e)(2)(B)(ii) (West Supp .2000). We have reviewed the record and find no reversible error. Accordingly, we affirm the dismissal of Draughon's complaint based on the reasoning of the district court. *See Draughon v. Social Services*, No. CA–00–177–7–F (E.D.N.C. Sept. 26, 2000). Sampson County Department of Social Services' motion to dismiss and impose sanctions is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Mark David Swann, pro se. John Joseph Curran, Jr., Attorney General, Sharon Stanley Street, Assistant Attorney General, Baltimore, MD, for appellees.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Mark David Swann appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Swann v. Sondervan*, No. CA–00–1705 (D.Md. Nov. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Mark David SWANN, Plaintiff–Appellant,

v.

William W. SONDERVAN, Commissioner of Corrections; Robert Kupec, Warden, Eastern Correctional Institution; George Kaloroumakis; Ronald Dryden; Captain Flag; Lieutenant Matthews, Defendants–Appellees.

No. 00–7634.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 9, 2001.

Decided Feb. 20, 2001.

UNITED STATES of America, Plaintiff–Appellee,

v.

Keith Anthony BUDD, Defendant–Appellant.

No. 00–4329.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 8, 2000.

Decided Feb. 20, 2001.